# United States Court of Appeals
## For the First Circuit

Nos. 17-1663, 17-1668, 17-1679, 17-1680

UNITED STATES,

Appellee,

v.

CARLOS ENRIQUE LÓPEZ-SOTO, A/K/A CHEMITO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 21, 2020, is amended as follows:

On page 20, line 15, insert "to" between "fails" and "disclose".

On page 25, line 15, replace "Caban" with "Cabán".

On page 27, line 1, insert "ruling" between "court" and "for".